**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CIVIL ACTION NO. 07-126-JBC**

**AMELIA HUDSON,**                                                                  **PLAINTIFF,**

**V.**                                          **JUDGMENT**

**MICHAEL J. ASTRUE, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,**                               **DEFENDANT.**

* * * * * * * * * *

The court, having granted the Commissioner's motion for summary judgment and having denied the plaintiff's motion for summary judgment, enters **JUDGMENT** in favor of the Commissioner.

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on  March 24, 2008

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY